IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TASLIMA SULTANA,              )
d/b/a Noor Food Mart,         )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:15cv795-MHT
                              )            (WO)
UNITED STATES OF AMERICA,     )
UNITED STATES DEPARTMENT      )
OF AGRICULTURE,               )
                              )
     Defendant.               )
```

**JUDGMENT**

Upon consideration of plaintiff's "Consent to Dismissal" (doc. no. 10), which the court construes as containing a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

It is further ORDERED that defendant's motion to dismiss (doc. no. 5) is denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 3rd day of March, 2016.**

                                 /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**